JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERREK HOLMES,<br><br>        Petitioner,<br><br>    v.<br><br>RALPH DIAZ,<br><br>        Respondent. | Case No. EDCV 20-0143-JGB (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice to refiling after Petitioner obtains permission from the Ninth Circuit to do so.

DATED: September 22, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE